**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

DUTTI FASHION LLC,

    Plaintiff,                                  Case No.: 2:25-cv-01684

v.

SPINNAKER INSURANCE COMPANY,

    Defendant.

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, SPINNAKER INSURANCE COMPANY

---

Defendant, Spinnaker Insurance Company, by and through its attorneys, Mound Cotton Wollan & Greengrass LLP and Litchfield Cavo LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, hereby provides this corporate disclosure statement:

(1)     Name of Party the Undersigned Attorney Represents:

- Spinnaker Insurance Company

(2)(A) Identity of any parent corporation and any publicly held corporation owning 10% or more of its stock:

- Hippo Holdings, Inc.
- River Horse Holdings, Inc.
- SH1 Holdings, LLC

(3)     Full name of all laws firms who will appear or who are expected to appear for Spinnaker Insurance Company:

- Mound Cotton Wollan & Greengrass, LLP
- Litchfield Cavo LLP

Dated:  October 30, 2025

          Respectfully submitted,

By: s/ Jason M. Chodos
   Jason M. Chodos, Esq.
   jchodos@moundcotton.com
   MOUND COTTON WOLLAN &
   GREENGRASS LLP
   110 E. Broward Blvd., Suite 610
   Fort Lauderdale, FL 33301
   Tel.: (754) 799-2605
   Fax: (954) 467-5880

         and

   Katharine Anne Lechleitner, Esq.
   klechleitner@moundcotton.com
   MOUND COTTON WOLLAN &
   GREENGRASS LLP
   30A Vreeland Road, Suite 210
   Florham Park, NJ 07932
   Tel.: (973) 484-0600
   Fax: (973) 242-4244

         and

   Stephanie L. Dykeman, Esq.
   (Wisc. Bar. No. 1035857)
   dykeman@litchfieldcavo.com
   LITCHFIELD CAVO LLP
   250 East Wisconsin Avenue, Suite 900
   Milwaukee, WI 53202
   Tel:  (414) 488-1844
   Fax:  (414) 875-3331

   *Attorneys for Defendant*
   *Spinnaker Insurance Company*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

DUTTI FASHION LLC,

    Plaintiff,                               Case No.: 2:25-cv-01684

v.

SPINNAKER INSURANCE COMPANY,

    Defendant.

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         s/ Jason M. Chodos
                                                         Jason M. Chodos, Esq.
                                                         jchodos@moundcotton.com
                                                         MOUND COTTON WOLLAN &
                                                         GREENGRASS LLP
                                                         110 E. Broward Blvd., Suite 610
                                                         Fort Lauderdale, FL 33301
                                                         Tel.: (754) 799-2605
                                                         Fax: (954) 467-5880
                                                         *Counsel for Defendant,*
                                                         *Spinnaker Insurance Company*

# SERVICE LIST

## Dutti Fashion LLC v. Spinnaker Ins. Co.

### Case No.: 2:25-cv-01684

### U.S. District Court, Eastern District of Wisconsin

Justin F. Wallace, Esq.
Wallace Law, Inc.
1414 N. Taylor Drive, Suite 200
Sheboygan, WI 53081
Telephone: (920) 276-8320
*Attorneys for Plaintiff,*
*Dutti Fashion LLC*
Served via transmission of Notice of
Electronic Filing generated by CM/ECF